IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIM HENRY BALL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-1363-RAH-SMD |
| ) | |
| GOVERNOR KAY IVEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On June 5, 2023, Plaintiff Jim Henry Ball, Jr., filed an Amended Objection (Doc. 38) to the Recommendation of the Magistrate Judge (Doc. 37) to dismiss this case without prejudice pursuant to 28 U.S.C. § 1915(e). He also attached an affidavit to the Amended Objection. (Doc. 37.) Within the document, Ball raises objections to several cases in the Northern District of Alabama. The objections with respect to this action primarily concern Ball's dissatisfaction with the reassignment of this case to the undersigned in the Northern District. He also raises some of the same issues and arguments as those raised in his Second Amended Complaint. (Doc. 25.)

After careful review and consideration of the Objection, and upon independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 37) is ADOPTED.

2. The Amended Objection (Doc. 38) is OVERRULED.

3. This case is DISMISSED without prejudice.

DONE, on this the 13th day of June 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE